# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## AT PIKEVILLE

**CIVIL ACTION NO. 12-2-DLB**

**WALKER HOWELL**                                                        **PLAINTIFF**

**vs.**                                    **JUDGMENT**

**MICHAEL J. ASTRUE, Commissioner**
**SOCIAL SECURITY ADMINISTRATION**                          **DEFENDANT**

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure and sentence four of 42 U.S.C. § 405(g), is it **ORDERED AND ADJUDGED** that:

(1)     The administrative decision is **AFFIRMED** and judgment is entered in favor of Defendant Commissioner;

(2)     Plaintiff's Complaint against Defendant Commissioner is **DISMISSED WITH PREJUDICE**; and

(3)     This action is **STRICKEN** from the active docket of the Court.

This 27th day of September, 2013.



Signed By:

_David L. Bunning_   DB

**United States District Judge**

G:\DATA\SocialSecurity\MOOs\Pikeville\7-12-2 Judgment.wpd